ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :
                                  :
         - v. -                   :      **INFORMATION**
                                  :
HASAN TAMIMI,                     :      07 Cr. 578 (CLB)
    a/k/a "Hasan S. Ahmad"        :
    a/k/a "Ahmad S. Hasan"        :
                                  :
         Defendant.               :
                                  :
- - - - - - - - - - - - - - - - - X

### COUNT ONE

The United States Attorney charges:

1.   From at least in or about March 2005, through in or about April 2005, in the Southern District of New York and elsewhere, HASAN TAMIMI, a/k/a "Hasan S. Ahmad," a/k/a "Ahmad S. Hasan," the defendant, and others known and unknown, unlawfully, willfully, knowingly, and with intent to defraud, did combine, conspire, confederate and agree together and with each other to commit offenses under Title 18, United States Code, Section 1029(a)(2), and did engage in conduct in furtherance of such offenses, which would and did affect interstate commerce.

2.   It was a part and an object of the conspiracy that HASAN TAMIMI, a/k/a "Hasan S. Ahmad," a/k/a "Ahmad S. Hasan," the defendant, and his co-conspirators, unlawfully, willfully and knowingly, and with intent to defraud, would and did traffic in and use one and more unauthorized access devices during a one-year period, and by such conduct did obtain things of value

aggregating $1,000 and more during that period, in violation of Title 18, United States Code, Section 1029(a)(2).

### Overt Acts

3. In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about March 10, 2005, HASAN TAMIMI, a/k/a "Hasan S. Ahmad," a/k/a "Ahmad S. Hasan," the defendant, allowed a co-conspirator to charge almost $1,000 at the Tamimi Deli in Yonkers, New York, using a credit card account number attributed to another person, who did not authorize such use of the credit card.

    b. On or about March 16, 2005, HASAN TAMIMI, a/k/a "Hasan S. Ahmad," a/k/a "Ahmad S. Hasan," the defendant, allowed a co-conspirator to charge approximately $3,985 at the Tamimi Deli in Yonkers, New York, using a credit card account number attributed to another person, who did not authorize such use of the credit card.

(Title 18, United States Code, Section 1029(b)(2).)

*Michael Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

V

HASA TAMIMI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE ON A FELONY PLEA
ALLOCUTION

Docket Number 07CR578

    The undersigned defendant, advised by my undersigned attorney, consents to a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed. R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has previously been made, from not guilty to guilty, in accordance with the Standing Order of the assigned United States District Judge under Miscellaneous Docket M 10-468. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

    I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

    IN WITNESS WHEREOF we have executed this consent this 27 day of June 2007, at the White Plains Courthouse, White Plains, New York.

x _____   x _____
    Defendant                         Attorney for Defendant

Accepted by: _____
George A. Yanthis
United States Magistrate Judge
Southern District of New York