

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 24, 2007

BY HAND
The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

>     Re: <u>United States v. Hasan Tamimi</u>
>         07 Cr. 578 (CLB)

Dear Judge Brieant:

    The Government respectfully submits this letter to request, with the consent of defense counsel, that the defendant's sentencing proceeding be adjourned from October 29, 2007, at 9:00 a.m. until January 17, 2008, at 9:15 a.m. in order to permit the parties to apprise the United States Probation Department and the Court of all matters relevant to sentencing.

    Thank you for your consideration of this matter.

>     Very truly yours,
>
>     MICHAEL J. GARCIA
>     United States Attorney
>
>     By: _____
>     Brent S. Wible
>     Assistant United States Attorney
>     (914) 993-1928 (phone)
>     (914) 682-3392 (fax)

cc:    Mary Anne Wirth (By Fax)
       Fax: (914) 683-6956