UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

HASAN TAMIMI,

        Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 0578

TO:    Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney for the
      Southern District of New York

By:    /s/ Nicholas L. McQuaid
      Nicholas L. McQuaid
      Assistant United States Attorney
      (914) 993-1936
      Nicholas.McQuaid@usdoj.gov