

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

June 23, 2008

docket as letter

**BY HAND**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re: **United States v. Hasan Tamimi**
07 Cr. 578 (CM)

Dear Judge McMahon:

    The Government respectfully submits this letter to request, with the consent of defense counsel, that the defendant's sentencing proceeding be adjourned from June 27, 2008 at 2:15 p.m. until November 21, 2008 at 2:00 p.m., in order to permit the parties to apprise the United States Probation Department and the Court of all matters relevant to sentencing.

    Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936 (phone)
(914) 993-9036 (fax)

cc: Mary Anne Wirth, Esq. (By Fax)